UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 20-31175 |
| | § | |
| GRANITE TRUCKING, INC., | § | Chapter 11 |
| | § | |
| Debtor | § | |
| | § | |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Rules 2002, 3017(a), 9010(b) and 9013 of the Federal Rules of Bankruptcy Procedure, Melody G. Anderson of the Wright Law Group, PLLC hereby appears on behalf of Paradigm Equipment Finance Inc., a creditor and party-in-interest in the above-captioned case, and requests that all notices given, and all pleadings, motions, orders and other documents served, in the above-captioned case be given and served to:

Melody G. Anderson, Esq.
WRIGHT LAW GROUP, PLLC
4470 W. Sunset Blvd., Suite 90003
Los Angeles, CA  90027
Tel. & Fax: 310-256-2519
mga@replevin.com

Dated: February 24, 2020

Respectfully submitted,

WRIGHT LAW GROUP, PLLC

By:  /s/ Melody G Anderson
Melody G. Anderson
CA State Bar No. 173875
Southern District of Texas ID No. 3071089
4470 W. Sunset Blvd., Suite 90003
Los Angeles, CA  90027
Tel. & Fax: 310-256-2519
mga@replevin.com
***Attorneys for Creditor***
***Paradigm Equipment Finance Inc.***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on February 24, 2020, a true and correct copy of the foregoing *NOTICE OF APPEARANCE AND REQUEST FOR NOTICE* has been served by U.S. Mail or electronically via the Court's CM/ECF Notice of Electronic Filing as follows:

*Debtor - by U.S. Mail*
Granite Trucking, Inc.
P.O. Box 701
Marble Falls, TX  78654

*Counsel for Debtor – via CM/ECF to ecf@beustring.com*
Russell Van Beustring, Esq.
6200 Savoy Dr., Suite 1150
Houston, TX  77036

*U.S. Trustee – via CM/ECF to ustpregion07.hu.ecf@usdoj.gov & Hector.Duran.Jr@usdoj.gov*
Hector Duran, Jr.
Office of the U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, TX  77002

                                              /s/ Melody G Anderson
                                              Melody G. Anderson