D. M. Dalton, Jr.
State Bar No. 24012492
DALTON & ASSOCIATES, P.C.
8828 Greenville Avenue
Dallas, Texas 75243
Telephone:  214.343.7400
Facsimile:   214.343.7455
DMDJR@DALTONLAWFIRM.NET

ATTORNEYS FOR ALLEYTON RESOURCE COMPANY, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 20-31175 |
| GRANITE TRUCKING, INC. | § § | CHAPTER 11 |
| DEBTOR. | § § | |

NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES, PLEADINGS AND ORDERS

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance pursuant to section 1109(b) of the Bankruptcy Code and Bankruptcy Rule 9010(b) in the above-captioned proceedings as counsel for **ALLEYTON RESOURCE COMPANY, LLC**, creditor and party-in-interest, and request that pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, all notices given or required to be given in this case and in any cases consolidated herewith, be given to and served upon the following:

D.M. Dalton, Jr.
DALTON & ASSOCIATES, P.C.
8828 Greenville Avenue
Dallas, Texas 75243
Telephone:  214.343.7400
Facsimile:  214.343.7455
DMDJR@DALTONLAWFIRM.NET

This request encompasses all notices and pleadings including, without limitation, notices and any orders, motions, pleadings or requests, formal or informal applications, disclosure statement or plan of reorganization or any other documents brought before this Court in this case.

This Notice of Appearance shall not be construed as authorization to serve Counsel for **ALLEYTON RESOURCE COMPANY, LLC** with any summons and complaint or any service of process under Bankruptcy Rule 7001, *et. seq*. The undersigned will not accept service of process in any adversary case for **ALLEYTON RESOURCE COMPANY, LLC**.

The undersigned additionally requests that the Debtor, United States Trustee and the Clerk of the Court place the name and address of the undersigned attorney on any mailing matrix to be prepared or existing in the above-captioned proceedings, and on any list of creditors to be prepared or existing in the above-captioned proceedings.

Dated: March 2, 2020.

RESPECTFULLY SUBMITTED,

**DALTON & ASSOCIATES, P.C.**
8828 GREENVILLE AVE.
DALLAS, TX  75243
214.343.7400
214.343.7455 - FACSIMILE

BY: _____
    **D. M. DALTON, JR.**
    STATE BAR NO. 24012492
    DMDJR@DALTONLAWFIRM.NET

ATTORNEYS FOR CREDITOR
**ALLEYTON RESOURCE COMPANY, LLC**

### CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2020, a true and correct copy of the foregoing Notice of Appearance and Request for Service of Notices, Pleadings and Orders was served upon all parties via electronic means as listed on the Court's ECF noticing system or by regular first-class mail where indicated.

_____
**D.M. DALTON, JR.**