IN THE UNITED STATES BANKRUPTCY COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 20-31175 |
| GRANITE TRUCKING, INC | |
| DEBTOR | CHAPTER 11 |

NOTICE OF APPEARANCE
AND
REQUEST FOR SERVICE OF NOTICES AND OTHER DOCUMENTS

    Notice is hereby given that Tara LeDay, of McCreary, Veselka, Bragg & Allen, P.C., P. O. Box 1269, Round Rock, Texas 78680, will appear as counsel for Burnet Central Appraisal District, in the above-entitled case, and requests that service of notices and other documents be made upon this attorney of record.

Dated:  March 4, 2020

                                              Respectfully submitted,

                                              MCCREARY, VESELKA, BRAGG & ALLEN, P.C.
                                              Attorneys for Claimant, Burnet Central Appraisal District

                                              */s/Tara LeDay*
                                              Tara LeDay
                                              State Bar Number 24106701
                                              P.O. Box 1269
                                              Round Rock, Texas 78680
                                              Telephone: (512) 323-3200
                                              Fax: (512) 323-3205
                                              Email: tleday@mvbalaw.com

CERTIFICATE OF SERVICE

    I hereby certify that I have placed a copy of the above Notice of Appearance And Request For Service Of Notices And Other Documents to Russell Van Beustring, Attorney at Law, 6200 Savoy Dr., Suite 1150, Houston, Texas 77036; Hector Duran, Jr, U.S. Trustee, 515 Rusk Ste 3516, Houston, Texas 77002, and to those parties listed on the Court's Notice of Electronic Filing on March 4, 2020, by Electronic Notification.

                                              */s/Tara LeDay*
                                              Tara LeDay