IN THE UNITED STATES STRAUBRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| GRANITE TRUCKING, INC. | § | CASE NO.   4:2020bk31175 |
| | § | |
| Debtor | § | CHAPTER   11 |
| | § | |

NOTICE OF APPEARANCE AND REQUEST FOR COPIES OF ALL
NOTICES, PLEADINGS AND PAPERS

GSW TRUCKING, LLC, ("Creditor"), Creditor in the above referenced Bankruptcy case, requests that all notices and pleadings given or required to be given or served upon him also be copied and served upon his attorneys of record at the following address:

J. David Dickson
Beard Kultgen Brophy
Bostwick & Dickson, PLLC
220 South Fourth Street
Waco, Texas 76701
Phone (254) 776-5500
Fax (254) 776-3591
dickson@thetexasfirm.com

Creditor intends that neither this request, nor later appearance, pleading, claim or suit shall not waive (a) the rights of Creditor to have final orders in non-core matters entered only after *de novo* review by a District Judge, (b) the rights of Creditor to trial by jury in any proceeding so triable in any case, controversy or proceeding related to this case, (c) the right of Creditor to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (d) any other rights, claims, actions, defenses, setoffs, or recoupments which Creditor may be entitled under agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments, of which Creditor expressly reserves.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed to constitute consent to electronic service of any pleadings or papers for which mailed or personal service is required under the applicable Bankruptcy Rules or Federal Rules of Civil Procedure nor is it a designation of agency for service of process of pleadings necessary to obtain personal jurisdiction over Creditor or in any Contested Matters or Adversary Proceedings in this case.

Respectfully submitted:

*/s/ J. David Dickson*
J. David Dickson
Bar Card No. 05839500
Beard Kultgen Brophy
Bostwick & Dickson, PLLC
220 South Fourth Street
Waco, Texas 76701
(254) 776-5500
(254) 776-3591 (fax)
dickson@thetexasfirm.com

**ATTORNEY FOR CREDITOR**

**CERTIFICATE OF SERVICE**

   I hereby certify that a true and correct copy of the Notice of Appearance of Counsel was transmitted electronically or, to those not served electronically, by mailing the Notice of Appearance via first-class mail, postage prepaid to the following parties on this the 18th day of March, 2020.

| | |
|---|---|
| Russell Van Beustring | Attorney for Debtor |
| Attorney At Law | |
| 6200 Savoy Dr., Ste. 1150 | |
| Houston, Texas 77036 | |
| | |
| Hector Duran, Jr. | U.S. Trustee |
| U.S. Trustee | |
| 515 Rusk, Ste. 3516 | |
| Houston, Texas 77002 | |
| | |
| Tara LeDay | Attorney for Claimant, Burnet Central Appraisal |
| McCreary, Veselka, Bragg & Allen, P.C. | |
| P. O. Box 1269 | |
| Round Rock, Texas 78680 | |
| | |
| Greg Westerfeld | Creditor |
| 531 Waldo Rd. | |
| McGregor, Texas 76657 | |

All creditors listed on
Debtor's matrix

                */s/  J. David Dickson*