IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 20-31175 |
| | § | |
| **GRANITE TRUCKING, INC.** | § | |
| | § | |
| *Debtor.* | § | |
| | § | CHAPTER 11 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE
AND SERVICE OF ALL DOCUMENTS**

**Please take notice** that, pursuant to Section 1109(b) of Title 11 of the United States Bankruptcy Code and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the undersigned attorneys do hereby appear as counsel for nFusion Capital, LLC ("nFusion"), creditor and party-in-interest in the above-captioned chapter 11 case.

**Please take further notice** that, pursuant to Bankruptcy Rules 2002, 3017, 4001, 9001, 9007 and 9010, and pursuant to Section 342 of Title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Code"), nFusion hereby requests that all documents filed with the Court, all notices given or required to be given in the debtor's case, and all papers served or required to be served in this case, be given and served upon the following, and that appropriate entry thereof be made on any creditor's matrix or list of creditors in this case:

James. M. Schober
Teresa Ruiz Schober
Ryan G. Kercher
**SCHOBER & SCHOBER, P.C.**
400 W. 15th St., Suite 1405
Austin, Texas  78701
Tel:    512.474.7678

        Fax:    512.498-1333
        Email: jim@schoberlegal.com
        Email: teresa@schoberlegal.com
        Email: ryan@schoberlegal.com
        Email: cindy@schoberlegal.com

**Please take further notice** that this request includes not only the notices and papers referred to in the Rules and the Code provisions specified above, but also includes all orders, notices, hearing dates, applications, and other documents that affect or seek to affect in any way the rights or interests of any creditor or party in interest in this case, including without limitation nFusion Capital, LLC.

**Please take further notice** that nFusion does not intend this notice or any later appearance or pleading, be deemed or construed a waiver of its rights: (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge; (ii) to trial by jury in any proceeding so triable; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to require that notice be served upon any other person, firm or governmental agency; and (v) to any rights, claims, actions, defenses to which he is or may be entitled, in law or equity, all of which rights, claims, actions, or defenses nFusion expressly reserves.

**Please take final notice** that this notice shall not be construed as an appointment of James M. Schober, Teresa Ruiz Schober, Ryan G. Kercher or Schober & Schober, P.C. as authorized agent of nFusion, either expressly or impliedly, for purposes of receiving service of process pursuant to Rule 7004 of the Federal Rules of Bankruptcy Procedure or Rule 4 of the Federal Rules of Civil Procedure.

        Respectfully submitted,

        **SCHOBER & SCHOBER, P.C.**

400 W. 15TH St., Suite 1405
Austin, TX 78701
Tel: 512.474.7678
Fax: 512.498.1333


/s/ Teresa Ruiz Schober
Teresa Ruiz Schober (#24005353)
James Matthew Schober (#24004907)
Ryan G. Kercher (#24060998)

*Attorneys for nFusion Capital, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the preceding was served to all parties requesting notice via the Court's CM/ECF and via U.S. Mail as indicated below on March 30, 2020.

| | |
|---|---|
| *Via U.S. Mail* | *Via CM/ECF* |
| Granite Trucking, Inc. | Office of the US Trustee |
| PO Box 701 | 515 Rusk Ave., Ste. 3516 |
| Marble Falls, TX 78654 | Houston, TX 77002 |
| *Debtor* | *United States Trustee* |

*Via CM/ECF*
Russell Van Beustring
Attorney at Law
6200 Savoy Dr., Suite 1150
Houston, TX 77036
*Attorney for Debtor*

/s/ Teresa Ruiz Schober
Teresa Ruiz Schober