# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **In re:** | § | |
| | § | **Case No. 20-31175** |
| **Granite Trucking, Inc.,** | § | |
| | § | **Chapter 11** |
| **Debtor.** | § | |

## Notice of Appearance

Please enter the appearance of Chad W. Cowan, Assistant United States Attorney, as attorney for the United States of America, acting on behalf of the Internal Revenue Service.

        Respectfully submitted,

        RYAN K. PATRICK,
        United States Attorney

By:   *s/ Chad W. Cowan*
        CHAD W. COWAN
        Assistant United States Attorney
        Attorney-in-Charge
        United States Attorney's Office
        Southern District of Texas
        Texas Bar No. 24082540
        Southern District No. 938890
        1000 Louisiana St., Suite 2300
        Houston, Texas 77002
        Telephone: (713) 567-9569
        Facsimile: (713) 718-3303
        Email:  chad.cowan@usdoj.gov
        **Attorney for the United States of America**

2

**Certificate of Service**

    The undersigned certifies that he served the foregoing Notice on March 31, 2020, upon counsels of record and the Trustee, through the Court's ECF notification system.

                                                  *s/ Chad W. Cowan*
                                                  CHAD W. COWAN
                                                  Assistant United States Attorney