| Fill in this information to identify the case: | |
|---|---|
| Debtor Name | **Granite Trucking, Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known): | **20-31175-H5-11** |

☑ Check if this is an amended filing

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals 12/15

## Part 1: Summary of Assets

1. **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B.......................................................................................... **$0.00**

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B........................................................................................ **$221,322.62**

   1c. **Total of all property**
   Copy line 92 from Schedule A/B........................................................................................... **$221,322.62**

## Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D...................... **$1,232,159.06**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F............................................. **$0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F................ **+ $2,605,219.33**

4. **Total liabilities**
   Lines 2 + 3a + 3b..................................................................................................................... **$3,837,378.39**

| Fill in this information to identify the case |
|---|
| Debtor name  **Granite Trucking, Inc.** |
| United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known)  **20-31175-H5-11** |

☑ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.  Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible.  If more space is needed, attach a separate sheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?
   ☐ No.  Go to Part 2.
   ☑ Yes.  Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**          **Current value of debtor's interest**

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Security State Bank & Trust business checking account xxxx8071** | **Checking account** | 8 0 7 1 | **$362.93** |
| 3.2. | **Security State Bank & Trust business checking account xxxx8204** | **Checking account** | 8 2 0 4 | **$249.46** |
| 3.3. | **Security State Bank & Trust business savings account xxxx3287** | **Savings account** | 3 2 8 7 | **$20.05** |

4. **Other cash equivalents**   *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets).  Copy the total to line 80.      **$632.44**

| Debtor | **Granite Trucking, Inc.** | Case number (if known) | 20-31175-H5-11 |
|---|---|---|---|
| | Name | | |

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**7. Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9. Total of Part 2.**
Add lines 7 through 8.  Copy the total to line 81.                                                     $0.00

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| 11a. 90 days old or less: | $0.00 | – | $0.00 | = ............. → | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | $14,390.18 | – | $0.00 | = ............. → | $14,390.18 |
| | face amount | | doubtful or uncollectible accounts | | |

**12. Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                          $14,390.18

## Part 4: Investments

**13. Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes. Fill in the information below.

**Valuation method used for current value** | **Current value of debtor's interest**

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                         % of ownership:

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

**17. Total of Part 4**
Add lines 14 through 16.  Copy the total to line 83.                                                   $0.00

Debtor **Granite Trucking, Inc.**
      Name

Case number (if known) **20-31175-H5-11**

### Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

- ☑ No. Go to Part 6.
- ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM/DD/YYYY | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.
$0.00

**24. Is any of the property listed in Part 5 perishable?**
- ☐ No
- ☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
- ☐ No
- ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

- ☑ No. Go to Part 7.
- ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.
$0.00

**34. Is the debtor a member of an agricultural cooperative?**
- ☐ No
- ☐ Yes.  Is any of the debtor's property stored at the cooperative?
  - ☐ No
  - ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
- ☐ No
- ☐ Yes.  Book value _____  Valuation method _____  Current value _____

| Debtor | **Granite Trucking, Inc.** | Case number (if known) | **20-31175-H5-11** |
|---|---|---|---|
| | Name | | |

**36.** Is a depreciation schedule available for any of the property listed in Part 6?
- ☐ No
- ☐ Yes

**37.** Has any of the property listed in Part 6 been appraised by a professional within the last year?
- ☐ No
- ☐ Yes

### Part 7: Office furniture, fixtures, and equipment; and collectibles

**38.** Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?
- ☐ No. Go to Part 8.
- ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| **Office desks, chairs, tables, file cabinets** | | | **$650.00** |
| **40. Office fixtures** | | | |
| **41.** Office equipment, including all computer equipment and communication systems equipment and software | | | |
| **computer equipment and other misc office equipment** | | | **$1,150.00** |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | |
|---|---|
| | **$1,800.00** |

**44.** Is a depreciation schedule available for any of the property listed in Part 7?
- ☒ No
- ☐ Yes

**45.** Has any of the property listed in Part 7 been appraised by a professional within the last year?
- ☒ No
- ☐ Yes

### Part 8: Machinery, equipment, and vehicles

**46.** Does the debtor own or lease any machinery, equipment, or vehicles?
- ☐ No. Go to Part 9.
- ☒ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| 47.1.  **1998 Clement 36' Steel End Dump (#467)** | | | **$2,500.00** |
| 47.2.  **1998 Clement 36' Steel End Dump (#596)** | | | **$2,500.00** |
| 47.3.  **2006 Vantage 39' AL End Dump (#1067) (wrecked and scraped)** | | | **$0.00** |
| 47.4.  **2008 Mac 39' AL End Dump (#2195)** | | | **$15,000.00** |

Debtor  **Granite Trucking, Inc.**                                   Case number (if known)   **20-31175-H5-11**
                  Name

| | | |
|---|---|---:|
| 47.5. | **2008 Benson 39' AL End Dump (#2309)** | **$12,500.00** |
| 47.6. | **2012 Mac 39' AL End Dump (#2595)** | **$15,000.00** |
| 47.7. | **2008 Mac 39' AL End Dump (#6249)** | **$25,000.00** |
| 47.8. | **1995 Peterbilt 379 Truck (#599)** | **$12,000.00** |
| 47.9. | **2003 Kenworth W900L Truck (#1340)** | **$16,000.00** |
| 47.10. | **1994 Peterbuilt 378 Truck (#2075)** | **$2,500.00** |
| 47.11. | **2010 Kenworth T680 (#4158)** | **$12,000.00** |
| 47.12. | **2000 Kenworth W900L (#5630)** | **$16,000.00** |
| 47.13. | **2000 Kenworth W900L (#6051) (wrecked)** | **$3,000.00** |
| 47.14. | **2000 Kenworth W900L (#7565)** | **$16,000.00** |
| 47.15. | **1997 Peterbilt 386 Truck (#9327)** | **$12,000.00** |

**48.** **Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | |
|---|---|---:|
| 48.1. | **1992 Lufkin 36' Steel End Dump (#7888)** | **$2,500.00** |

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | |
|---|---:|
| **2006 John Deere wheel loader** | **$40,000.00** |

**51.** **Total of Part 8.**
     Add lines 47 through 50.  Copy the total to line 87.                                          **$204,500.00**

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

### Part 9:  Real property

**54.** **Does the debtor own or lease any real property?**

     ☑ No.  Go to Part 10.
     ☐ Yes.  Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

**56.** **Total of Part 9.**
     Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.    **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☐ No
     ☐ Yes

Official Form 206A/B                  Schedule A/B: Assets -- Real and Personal Property                          page 5

Debtor  **Granite Trucking, Inc.**　　　　　　　　　　　　　　　Case number (if known)   **20-31175-H5-11**
　　　　　Name

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☐ Yes

### Part 10: Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**
☒ No.  Go to Part 11.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** | | | |
| **65. Goodwill** | | | |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.　　　　　　　　　　　　　　　　　　　　　　$0.00

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☐ No
☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☐ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☐ No
☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes.  Fill in the information below.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**Current value of debtor's interest**

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

| Debtor | **Granite Trucking, Inc.** | Case number (if known) | 20-31175-H5-11 |
|---|---|---|---|
| | Name | | |

**74.** Causes of action against third parties (whether or not a lawsuit has been filed)

**75.** Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims

**76.** Trusts, equitable or future interests in property

**77.** Other property of any kind not already listed   *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77.  Copy the total to line 90.

$0.00

**79.** Has any of the property listed in Part 11 been appraised by a professional within the last year?
☐ No
☐ Yes

### Part 12:  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $632.44 | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | $14,390.18 | |
| **83. Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84. Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,800.00 | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $204,500.00 | |
| **88. Real property.** *Copy line 56, Part 9.*........................ ➔ | | $0.00 |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90. All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91. Total.** Add lines 80 through 90 for each column.  91a. | $221,322.62  + 91b. | $0.00 |

**92. Total of all property on Schedule A/B.**  Lines 91a + 91b = 92........................................................  $221,322.62

**Fill in this information to identify the case:**

Debtor name: **Granite Trucking, Inc.**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number (if known): **20-31175-H5-11**

☑ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* **Amount of claim** Do not deduct the value of collateral.
   *Column B* **Value of collateral that supports this claim**

| | | | |
|---|---|---|---|
| **2.1** | **Creditor's name**<br>Bravo Capital, LLC | **Describe debtor's property that is subject to a lien**<br>John Deere Wheel Loader | $157,260.08 | $40,000.00 |
| | **Creditor's mailing address**<br>3415 Greystone Dr #210<br>Austin   TX   78731 | **Describe the lien**<br>Equipment Loan | | |
| | **Creditor's email address, if known** | **Is the creditor an insider or related party?**<br>☑ No  ☐ Yes | | |
| | **Date debt was incurred** | **Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** ___ ___ ___ ___ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | | | |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $1,232,159.06

Official Form 206D         Schedule D: Creditors Who Have Claims Secured by Property         page 1

Debtor **Granite Trucking, Inc.**  Case number (if known) **20-31175-H5-11**

### Part 1: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

|  | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.2**

**Creditor's name**
Internal Revenue Service

**Creditor's mailing address**
P.O. Box 7346

Philadelphia   PA   19101-7346

**Creditor's email address, if known**

**Date debt was incurred**  16-19

**Last 4 digits of account number**  7 7 6 9

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Equity in all assets

**Describe the lien**
Tax Lien / Statutory Lien

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$875,707.98**
Column B: **$500,000.00**

---

**2.3**

**Creditor's name**
Paradigm Equipment Finance, Inc.

**Creditor's mailing address**
124 South Fairfield Road

Layton   UT   84041

**Creditor's email address, if known**

**Date debt was incurred**  2019-2020

**Last 4 digits of account number**  0 3 3 2

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.
   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
Various Equipment

**Describe the lien**
Equipment Loan

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

Column A: **$133,425.00**
Column B: **$118,000.00**

| Debtor | **Granite Trucking, Inc.** | Case number (if known) **20-31175-H5-11** |
|---|---|---|

**Part 1:   Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.4**  **Creditor's name**
**Paradigm Equipment Finance, Inc.**

**Creditor's mailing address**
**124 South Fairfield Road**

**Layton              UT    84041**

**Creditor's email address, if known**

**Date debt was incurred**   **2019-2020**

**Last 4 digits of account number**   **0  3  4  5**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**Various Equipment**

**Describe the lien**
**Equipment Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☒ Disputed

**$43,766.00**     **$46,500.00**

**2.5**  **Creditor's name**
**RDC Capital**

**Creditor's mailing address**
**45 Newbury St #406**

**Boston              MA    02116**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes.  Have you already specified the relative priority?
  ☐ No.  Specify each creditor, including this creditor, and its relative priority.
  ☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
**2006 Vantage 39' AL End Dump (#1067)**

**Describe the lien**
**Equipment Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$22,000.00**     **$0.00**