

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
07/07/2020

| | |
|---|---|
| IN RE: § | |
| GRANITE TRUCKING, INC. § | CASE NO: 20-31175 |
|    Debtor § | |
| § | CHAPTER 7 |

## ORDER DENYING APPLICATION FOR COMPENSATION

This matter is before the Court on the Application for Compensation filed by Russell Van Beustring as Attorney for the Debtor-in-Possession (ECF No. 53). This bankruptcy case was converted to a chapter 7 case on June 10, 2020 (ECF No. 50), at which time Granite Trucking, Inc. ceased to be a debtor-in-possession. At no time has Russell Van Beustring been appointed by the Court as counsel for the debtor. 11 U.S.C. § 330(a) does not authorize payment of attorney's fees unless the attorney has been appointed under section 327 of the Code[1]

**THEREFORE, IT IS ORDERED** that the Application for Compensation filed by Russell Van Beustring is denied.

SIGNED: 07/07/2020.

_____
Jeffrey P. Norman
United States Bankruptcy Judge

---

[1] *Lamie v. U. S. Trustee*, 540 U.S. 526, 124 S.Ct. 1023, 157 L.Ed2d 1024 (2004)