IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 20-31175 |
| | § | |
| GRANITE TRUCKING, INC., | § | CHAPTER 7 (converted) |
| | § | |
| *Debtor*. | § | |

**ORDER GRANTING FINANCIAL PACIFIC LEASING, INC.'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

On this day, came to be considered the Motion of Financial Pacific Leasing, Inc.'s Relief from the Automatic Stay. The Court finds that notice of the Motion and deadline to object to the Motion was proper and sufficient, that the time to respond or object to the Motion has expired, and no parties objected. After consideration of the pleadings, the Court is of the opinion the following Order should be entered.

Therefore, it is ORDERED, ADJUDGED, AND DECREED that:

1.  Financial Pacific Leasing, Inc. holds a valid and perfect lien on the below described Equipment, including proceeds, accessions, and other appurtenant property described in the Equipment Finance Agreement (the "Equipment").

| 2013 | MAC DUMP BLACK | VIN: 5MADN392XDC025865 |
|---|---|---|

2.  The automatic stay is lifted in all respects to the Equipment. Financial Pacific Leasing, Inc. may foreclose its security interest in the Equipment without further order of this Court. This Order is immediately enforceable upon its entry and the automatic stay is immediately lifted with respect to Financial Pacific Leasing, Inc. and the Equipment without regard to bankruptcy rule 4001(a)(3).

      3.      The Debtor shall cooperate with Financial Pacific Leasing, Inc. in the removal of the Equipment during normal business hours or the Debtor must provide location information where the Equipment is being stored.

      4.      This Order shall be valid and controlling even in the event this case is converted to another Chapter of the Bankruptcy Code.

Signed: _____

_____
UNITED STATES BANKRUPTCY JUDGE

Submitted by:
Joseph Austin
Padfield & Stout, LLP
420 Throckmorton, Suite 1210
Fort Worth, Texas 76102

Upon entry of this Order,
Please deliver copies to:

Granite Trucking, Inc.
P.O. Box 701
Marble Falls, Texas 78654

Ronald J. Sommers
Chapter 7 Bankruptcy Trustee
Nathan Sommers Jacobs
2800 Post Oak Boulevard, 61st Floor
Houston, Texas 77056