**T VEHICLE CHARGES**  **THIS IS NOT A RECEIPT**



# Miller Towing & Recovery LLC
State Certified & Licensed Operators

**1308 E Davis Street, Conroe, Texas 77301**
Mailing Address: 1120 Shadow Glenn Drive, Conroe, Texas 77301

**936.242.6692**

STOCK #: **B9110015**
TYPE OF TOW: **Police Accident Tow**
RELEASE TYPE: **In Lot**
CHECKED IN: **11-25-2019 @ 18:00**
TOWED FROM: **Vehicle was towed from: 16527 I45 on 11-25-2019 @ 11:00**
AUTHORIZED BY: **Willis Police Department - 200 S Ball St, Willis, TX 77378 - (936)856-4039**
TOWED BY: **Miller Towing & Recovery, Unit #003, 1308 E Davis St, Conroe, TX, 77301 Tel: (936)242-6692 (TDLR #:006526286C)**
PD. CONTROL #:
RELEASED:
VSF OPERATOR:

INVOICE #: **0000093**
CUSTOMER: **Willis Police Department**
BILL TO: **Miller Towing Storage Lot**

VEHICLE: **2011 Other Other - Other - Y29405(TX)**
VIN #: **1E9EF39F5BS448366**
TITLE #: **02710143361114532**
LIEN HOLDER: **- ,**
OWNER:
OWNERSHIP:
RELEASED TO:
IDENTIFICATION:

| STORAGE CHARGES | | | | | | TOWING CHARGES | | | | | | TAX RATE(%) | 8.25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charge | Quan # | Disc # | Rate | Disc $ | Total | Charge | Quan # | Disc # | Rate | Disc $ | Total | SUB TOTAL: | 9200.00 |
| Storage Fee | 248.00 | 0.00 | 35.00 | 0.00 | 8680.00 | Hook Fee | 1.00 | 0.00 | 450.00 | 0.00 | 450.00 | DISCOUNT: | 0.00 |
| Impound Fee | 1.00 | 0.00 | 20.00 | 0.00 | 20.00 | | | | | | | **TAX TOTAL: | 717.75 |
| Notification Fee | 1.00 | 0.00 | 50.00 | 0.00 | 50.00 | | | | | | | TOTAL: | 9917.75 |
| Abandon Fee | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | | PAYMENT TYPE: | |
| | | | | | | | | | | | | For detailed break out of Tow Fees, see attached Tow Ticket. TDLR Rules do NOT allow the combination of non-consent & consent tows on this statement | |

IMPOUNDMENT FEE INCLUDES THE FOLLOWING: Multi- State-MVR: **11-25-2019**   Personal Property/Photographs/INVENTORY: **11-25-2019**   Environmental Proofing/TARPING:

**Initials and Signatures Required**

I attest that on presenting documents required by law, the vehicle was released to me within one (1) hour, (Yes) _____ (No) _____ of that stated above.
(See Time Released)   Initials   Initials

Removed by (X): _____   VSF Operator: _____   Date: **07-29-2020**

I hereby verify that I have the legal right to claim and possess the above-described vehicle and accept the vehicle, its condition, and all its contents, agreeing to remove it from the premises on payment of the above charges. In addition, I have reviewed details of charges on the original tow ticket or attached tow invoice, and been advised of the website that provides location information for a Justice of the Peace having jurisdiction in the county from which the vehicle was towed.

Transportation Code 683 – Title 14, Regulation of Motor Vehicles and Transportation & Occupations Code, Chapter 2303-2308, - (85th Texas Legislative Session)

The owner or operator of a vehicle that has been removed and placed in a vehicle storage facility without the consent of the owner or operator of the vehicle is entitled to a hearing to determine whether probable cause existed for the removal and placement of the vehicle and possible overcharges of towing fees.

A person entitled to a hearing under this chapter must deliver a written request for a hearing to the court before the 14th. day after the date the vehicle was removed and placed in the vehicle storage facility, excluding Saturdays, Sundays and legal holidays. If notice was not given, the 14-day deadline for requesting a hearing does not apply, and the owner or operator of the vehicle may deliver a written request for a hearing at any time. A person who fails to deliver a request waives the right to a hearing.

A request for a hearing must contain:
1. the name, address, and telephone number of the owner or operator of the vehicle;
2. the location from which the vehicle was removed;
3. the date when the vehicle was removed;
4. the name, address, and telephone number of the person or law enforcement agency who authorized the removal;
5. the name, address, and telephone number of the vehicle storage facility where the vehicle was placed;
6. the name, address, and telephone number of the towing company that removed the vehicle;
7. a copy of any receipt or notification that the owner or operator received from the towing company or vehicle storage facility; and
8. if a vehicle was removed from a parking facility, photographs showing the location and text of any signs posted at the facility restricting parking of vehicles or a statement that no signs restricting parking were posted at the parking facility.

The vehicle was removed by: **Miller Towing & Recovery 1308 E Davis St, Conroe, TX, 77301 Tel: (936)242-6692 (TDLR #:006526286C)**
The vehicle was stored at: **Miller Towing (Willis Lot) - 13619 FM 2432, Willis, TX 77378 Tel: (936)242-6692 (0654791VSF)**
The vehicle removal was authorized by: **Willis Police Department - 200 S Ball St, Willis, TX 77378 - (936)856-4039**

If you have a legal grievance regarding the towing or impoundment of your vehicle, you are eligible to a hearing in any Justice of the Peace Court in the county in which the vehicle was towed [Section 2308.453(1)]. You can locate the applicable Justice of the Peace Court in the county by visiting the website below:
http://Card.Txcourts.Gov/DirectorySearch.Aspx

The court [subject to court rules] may charge a filling fee of $20 for a hearing, [Section 2308.457] and may award court and attorney's fees along with reasonable costs of evidentiary documents and photographs to whoever is the prevailing party, [submitted under Section 2308.456(b)(8)]; including possible reversal of overcharges of towing fees. Questions or unresolved complaints about stored vehicles may be directed to The Department of Licensing & Regulation, POB 12157 Austin, Texas 78711 Tel: 800-803-9202 Email: CStowing@tdlr.texas.gov or enforcement@tdlr.texas.gov - Website: www.tdlr.texas.gov/complaints

© This form is the copyright of VTS Systems 2019

**TEXAS RELEASE DOCUMENTATION**                         **CONSOLIDATED STATEMENT**



# Miller Towing & Recovery LLC
State Certified & Licensed Operators

1308 E Davis Street, Conroe, Texas 77301
Mailing Address: 1120 Shadow Glenn Drive, Conroe, Texas 77301

**936.242.6692**

| | |
|---|---|
| STOCK #: B9110014 | INVOICE #: 0000092 |
| TYPE OF TOW: Police Accident Tow | CUSTOMER: Willis Police Department |
| RELEASE TYPE: Auction | BILL TO: Miller Towing Storage Lot |
| CHECKED IN: 11-25-2019 @ 18:00 | |
| TOWED FROM: Vehicle was towed from: 16527 I-45 on 11-25-2019 @ 11:00 | |
| AUTHORIZED BY: Willis Police Department - 200 S Ball St, Willis, TX 77378 - (936)856-4039 | |
| TOWED BY: Miller Towing & Recovery, Unit #003, 1308 E Davis St, Conroe, TX, 77301 Tel: (936)242-6692 (TDLR #:006526286C) | |
| PD. CONTROL #: | |
| RELEASED: 02-13-2020 @ 15:47 | |
| VSF OPERATOR: 14516VSF | |

| | |
|---|---|
| VEHICLE: 2000 Kenworth Heavy Duty - Blue - R317694(TX) | |
| VIN #: 1XKWDB9X8YJ826051 | |
| TITLE #: 02720143135085119 | |
| LIEN HOLDER: PARADIGM EQUIPMENT FINANCE - PO BOX 907 KAYSVILLE, UT 84037 | |
| OWNER: New Owner via Auction | |
| OWNERSHIP: Auction Receipt | |
| RELEASED TO: Charles Miller - Miller Towing & Recovery -, | |
| IDENTIFICATION: 11936348 - Drivers License | |

EXHIBIT A

| STORAGE CHARGES | | | | | | TOWING CHARGES | | | | | | TAX RATE(%) | 8.25 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Charge | Quan # | Disc # | Rate | Disc $ | Total | Charge | Quan # | Disc # | Rate | Disc $ | Total | SUB TOTAL: | 38255.00 |
| Storage Fee | 81.00 | 0.00 | 20.00 | 0.00 | 1620.00 | Traffic Control Fee | 1.00 | 0.00 | 2500.00 | 0.00 | 2500.00 | DISCOUNT: | 0.00 |
| Impound Fee | 1.00 | 0.00 | 20.00 | 0.00 | 20.00 | Skid Steer - Callout | 2.00 | 0.00 | 250.00 | 0.00 | 500.00 | **TAX TOTAL: | 135.30 |
| Notification Fee | 1.00 | 0.00 | 50.00 | 0.00 | 50.00 | Hook Fee | 1.00 | 0.00 | 450.00 | 0.00 | 450.00 | TOTAL: | 38390.30 |
| Abandon Fee | 1.00 | 0.00 | 0.00 | 0.00 | 0.00 | Miscellaneous Fee (Se | 6.00 | 0.00 | 200.00 | 0.00 | 1200.00 | PAYMENT TYPE: | Cash |
| | | | | | | Recovery Labor | 1.00 | 0.00 | 29640.00 | 0.00 | 29640.00 | For detailed break out of Tow Fees, see attached Tow Ticket. TDLR Rules do NOT allow the combination of non-consent & consent tows on this statement | Paid: 7500.00 |
| | | | | | | Skidsteer Per Hour Ra | 1.00 | 0.00 | 2275.00 | 0.00 | 2275.00 | | P/L : -30890.30 |

IMPOUNDMENT FEE INCLUDES THE FOLLOWING: Multi-State-MVR: 11-25-2019   Personal Property/Photographs/INVENTORY: 11-25-2019   Environmental Proofing/TARPING:

**Initials and Signatures Required**

I attest that on presenting documents required by law, the vehicle was released to me within one (1) hour, (Yes) _____ (No) _____ of that stated above.
(See Time Released)   Initials   Initials

Removed by (X): _____ VSF Operator: _____ Date: 07-29-2020

I hereby verify that I have the legal right to claim and possess the above-described vehicle and accept the vehicle, its condition, and all its contents, agreeing to remove it from the premises on payment of the above charges. In addition, I have reviewed details of charges on the original tow ticket or attached tow invoice, and been advised of the website that provides location information for a Justice of the Peace having jurisdiction in the county from which the vehicle was towed.

Transportation Code 683 – Title 14, Regulation of Motor Vehicles and Transportation & Occupations Code, Chapter 2303-2308, - (85th- Texas Legislative Session)

The owner or operator of a vehicle that has been removed and placed in a vehicle storage facility without the consent of the owner or operator of the vehicle is entitled to a hearing to determine whether probable cause existed for the removal and placement of the vehicle and possible overcharges of towing fees.

A person entitled to a hearing under this chapter must deliver a written request for a hearing to the court before the 14th day after the date the vehicle was removed and placed in the vehicle storage facility, excluding Saturdays, Sundays and legal holidays. If notice was not given, the 14-day deadline for requesting a hearing does not apply, and the owner or operator of the vehicle may deliver a written request for a hearing at any time. A person who fails to deliver a request waives the right to a hearing.

A request for a hearing must contain:
1. the name, address, and telephone number of the owner or operator of the vehicle;
2. the location from which the vehicle was removed;
3. the date when the vehicle was removed;
4. the name, address, and telephone number of the person or law enforcement agency who authorized the removal;
5. the name, address, and telephone number of the vehicle storage facility where the vehicle was placed;
6. the name, address, and telephone number of the towing company that removed the vehicle;
7. a copy of any receipt or notification that the owner or operator received from the towing company or vehicle storage facility; and
8. if a vehicle was removed from a parking facility, photographs showing the location and text of any signs posted at the facility restricting parking of vehicles or a statement that no signs restricting parking were posted at the parking facility.

The vehicle was removed by: Miller Towing & Recovery 1308 E Davis St, Conroe, TX, 77301 Tel: (936)242-6692 (TDLR #:006526286C)
The vehicle was stored at: Miller Towing & Recovery, LLC - 1308 E Davis St, Conroe, TX 77301 Tel: (936)242-6692 (0653486VSF)
The vehicle removal was authorized by: Willis Police Department - 200 S Ball St, Willis, TX 77378 - (936)856-4039

If you have a legal grievance regarding the towing or impoundment of your vehicle, you are eligible to a hearing in any Justice of the Peace Court in the county in which the vehicle was towed [Section 2308.453(1)]. You can locate the applicable Justice of the Peace Court in the county by visiting the website below:
http://Card.Txcourts.Gov/DirectorySearch.Aspx

The court (subject to court rules) may charge a filing fee of $20 for a hearing, [Section 2308.457] and may award court and attorney's fees along with reasonable costs of evidentiary documents and photographs to whoever is the prevailing party, [submitted under Section 2308.456(b)(8)]; including possible reversal of overcharges of towing fees. Questions or unresolved complaints about stored vehicles may be directed to The Department of Licensing & Regulation, POB 12157 Austin, Texas 78711 Tel: 800-803-9202 Email: CStowing@tdlr.texas.gov or enforcement@tdlr.texas.gov - Website: www.tdlr.texas.gov/complaints

© This form is the copyright of VTS Systems 2019