EXHIBIT
B

# Bill of Sale to a Motor Vehicle

State of Texas §

County of Montgomery §

This is to certify that on the **01** day of **24** month, **2020**
(month)   (year)

I, **Miller Towing & Recovery, LLC** did sell the following described vehicle:

| **2000** | **Kenworth** | **Heavy Duty** |
|----------|--------------|----------------|
| (Year) | (Make) | (Body Style) |

| **1XKWDB9X8YJ826051** | **R317694** |
|-----------------------|-------------|
| (VIN Number) | (License Plate Number) |

☐ Sales price $ **7500.00** (after rebate)   ☐ $10 Gift Tax

To **Charles Miller - Miller Towing & Recovery**

_Cynthia Miller_
Signature

**01-24-2020**
Date of Statement

_Cynthia Miller_
Printed name (same as signature)

MV-015                                                              Rev. 3/00